IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Timothy C. Clark, | ) | Case No. 19-24239 |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Timothy C. Clark, | ) | Related to Document No. 15 |
| Social Security No. XXX-XX- 5593 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| JNE Consulting and Engineering and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on November 11, 2019, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee                Timothy C. Clark
Suite 3250 – US Steel Tower                224 Manor View Drive
600 Grant Street                          Manor, PA 15665
Pittsburgh, PA 15219

JNE Consulting and Engineering
Attn: Payroll Dept.
176 Shaw Street
Hamilton Ontario, PA 15238

Date of Service:      November 11, 2019   /s/ Julie Frazee Steidl_____
                                          Julie Frazee Steidl, Esquire
                                          STEIDL & STEINBERG
                                          28th Floor, Gulf Tower
                                          707 Grant Street
                                          Pittsburgh, PA 15219
                                          (412) 391-8000
                                          PA I.D. 35937