**Form 149**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Timothy C. Clark**
   Debtor(s)

Bankruptcy Case No.: 19–24239–CMB
Per May 21, 2020 Proceeding
Chapter: 13
Docket No.: 33 – 11, 21
Concil. Conf.: at

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

### (1.)  *PLAN CONFIRMATION:*

      IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated October 30, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑    A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $3346 as of June, 2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐    B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐    C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐    D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐    E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐    F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑    G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: MidFirst Bank (Cl #5) .

☑    H.    Additional Terms: PSECU (Cl #1) governs with the payment to be determined by the Trustee.

*(2.)*    *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*    ***IT IS FURTHER ORDERED THAT:***

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Dated: May 22, 2020

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 19-24239-CMB
Timothy C. Clark                                                                    Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 2              Date Rcvd: May 22, 2020
                             Form ID: 149             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2020.
db            +Timothy C. Clark,    224 Manor View Drive,    Manor, PA 15665-9731
15149349      +Catherine M. Clark,    224 Manor View Drive,    Manor, PA 15665-9731
15149350      +Citibank,   Po Box 6217,    Sioux Falls, SD 57117-6217
15149351      +Citibank,   Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15149352      +Community Bank N.A.,    3152 NYS Route 417,    Po Box 628,    Olean, NY 14760-0628
15169348      +Community Bank, N.A.,    P.O. Box 509,    Canton, NY 13617-0509
15180569      +Greensky, LLC,    1797 Northeast Expressway, Suite 100,    Atlanta, GA 30329-2451
15149353      +LendingClub,    595 Market Street,    San Francisco, CA 94105-2807
15187978      +LendingClub Corporation,    595 Market St, Suite 200,    San Francisco, CA 94105-2807
15225011      +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
               Oklahoma City, OK 73118-6051
15149355      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
15149354      +Mr. Cooper,    350 Highland,    Houston, TX 77009-6623
15175805      +Nationstar Mortgage LLC dba Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
15149358      +PSECU,    P.o. Box 1006,    Harrisburg, PA 17108-1006
15149359      +Suntrust Bank/GreenSky,    1797 Ne Expressway,    Atlanta, GA 30329-7803
15149360      +Suntrust Bank/GreenSky,    Attn: Bankruptcy,    Po Box 29429,    Atlanta, GA 30359-0429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2020 08:21:36
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15149347       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 23 2020 02:43:33       Capital One,
                Po Box 30281,    Salt Lake City, UT 84130-0281
15149348       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 23 2020 02:43:33       Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15168950        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 23 2020 02:42:39
                Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                Charlotte, NC   28272-1083
15225826        E-mail/PDF: resurgentbknotifications@resurgent.com May 23 2020 02:43:09       LVNV Funding LLC,
                c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC   29603-0587
15178964        E-mail/PDF: resurgentbknotifications@resurgent.com May 23 2020 02:43:39       LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15149356       +E-mail/Text: bankruptcynotices@psecu.com May 23 2020 02:41:12       P S E C U,
                Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
15167767       +E-mail/Text: bankruptcynotices@psecu.com May 23 2020 02:41:12       PSECU,    PO BOX 67013,
                HARRISBURG PA 17106-7013
15149357       +E-mail/Text: bankruptcy@prosper.com May 23 2020 02:41:11       Prosper Funding LLC,
                221 Main St Ste 300,    San Francisco, CA 94105-1909
15178474       +E-mail/Text: bncmail@w-legal.com May 23 2020 02:41:01       Prosper Marketplace Inc.,
                C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
15151184       +E-mail/PDF: gecsedi@recoverycorp.com May 23 2020 02:43:26       Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15180551       +E-mail/PDF: gecsedi@recoverycorp.com May 23 2020 02:43:26       Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
15149362       +E-mail/PDF: gecsedi@recoverycorp.com May 23 2020 02:43:01       Synchrony Bank/Sams Club,
                Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
15149361       +E-mail/PDF: gecsedi@recoverycorp.com May 23 2020 02:43:27       Synchrony Bank/Sams Club,
                Po Box 965005,    Orlando, FL 32896-5005
15174992        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 23 2020 02:43:41       Verizon,
                by American InfoSource as agent,    PO Box 4457,    Houston, TX   77210-4457
                                                                                         TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MidFirst Bank
cr              NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
cr*             LVNV Funding LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,
                Greenville, SC   29603-0587
                                                                          TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2            User: gamr              Page 2 of 2              Date Rcvd: May 22, 2020
                               Form ID: 149             Total Noticed: 31
```

```
                 ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2020 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
          bkgroup@kmllawgroup.com
          Julie Frazee Steidl    on behalf of Debtor Timothy C. Clark julie.steidl@steidl-steinberg.com,
          leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
          tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                   TOTAL: 4
```