**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Timothy C. Clark**
   Debtor(s)

Bankruptcy Case No.: 19–24239–CMB

Chapter: 13
Docket No.: 46 – 43
Concil. Conf.: April 29, 2021 at 09:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ___24th___ day of ___February___, _2021_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

First Class US Mail

on the respondent(s) at (list names and addresses here):

See attached mailing matrix.

Executed on ___February 24, 2021___      /s/ Julie Frazee Steidl
           (Date)                         (Signature)

Julie Frazee Steidl, Esq., Steidl & Steinberg, PC, 707 Grant Street, Gulf Tower, Suite 2830, Pittsburgh, PA 15219
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-24239-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Feb 24 08:48:54 EST 2021 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Catherine M. Clark<br>224 Manor View Drive<br>Manor, PA 15665-9731 | Citibank<br>Attn: Recovery/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| Citibank<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | Timothy C. Clark<br>224 Manor View Drive<br>Manor, PA 15665-9731 | Community Bank N.A.<br>3152 NYS Route 417<br>PO Box 628<br>Olean, NY 14760-0628 |
| Community Bank, N.A.<br>P.O. Box 509<br>Canton, NY 13617-0509 | Greensky, LLC<br>1797 Northeast Expressway, Suite 100<br>Atlanta, GA 30329-2451 | LVNV Funding LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LendingClub<br>595 Market Street<br>San Francisco, CA 94105-2807 | LendingClub Corporation<br>595 Market St, Suite 200<br>San Francisco, CA 94105-2807 |
| MidFirst Bank<br>Bankruptcy Department<br>999 NW Grand Boulevard, #110<br>Oklahoma City, OK 73118-6051 | Mr. Cooper<br>350 Highland<br>Houston, TX 77009-6623 | Mr. Cooper<br>Attn: Bankruptcy<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 |
| Nationstar Mortgage LLC dba Mr. Cooper<br>P.O. Box 619096<br>Dallas, TX 75261-9096 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| P S E C U<br>Attention: Bankruptcy<br>Po Box 67013<br>Harrisburg, PA 17106-7013 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | PSECU<br>P.o. Box 1006<br>Harrisburg, PA 17108-1006 |
| PSECU<br>PO BOX 67013<br>HARRISBURG PA 17106-7013 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Prosper Funding LLC<br>221 Main St Ste 300<br>San Francisco, CA 94105-1909 | Prosper Marketplace Inc.<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Julie Frazee Steidl<br>707 Grant Street Suite 2830<br>Gulf Building.<br>Pittsburgh, PA 15219-1932 |

| | | |
|---|---|---|
| Suntrust Bank/GreenSky<br>1797 Ne Expressway<br>Atlanta, GA 30329-7803 | Suntrust Bank/GreenSky<br>Attn: Bankruptcy<br>Po Box 29429<br>Atlanta, GA 30359-0429 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Sams Club<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Sams Club<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC   29603-0587 | (u)MidFirst Bank | (u)NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |

End of Label Matrix
Mailable recipients     37
Bypassed recipients      3
Total                   40