IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Timothy C. Clark, | ) | Case No. 19-24239 |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Timothy C. Clark, | ) | Related to Document No. 45 |
| Social Security No. XXX-XX- 5593 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| JNE Consulting and Engineering and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 25, 2021, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Timothy C. Clark
224 Manor View Drive
Manor, PA 15665

JNE Consulting and Engineering
Attn: Payroll Dept.
103 Gamma Drive
Pittsburgh, PA 15238

**Served by ECF: Ronda J. Winnecour, Trustee**

Date of Service:    February 25, 2021    /s/ Julie Frazee Steidl
Julie Frazee Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 35937