IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-24239 CMB |
| | ) | Chapter 13 |
| Timothy C. Clark, | ) | |
| *Debtor* | ) | Related to Docket No. 56 |
| | ) | |
| Timothy C. Clark, | ) | |
| Social Security No. XXX-XX-5593 | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JNE Consulting and Engineering and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondent* | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on September 23, 2021, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

JNE Consulting and Engineering
Attn Payroll Dept.
103 Gamma Drive
Pittsburgh, PA 15238

**Served by ECF:** Ronda J. Winnecour, Trustee


Date of Service: September 23, 2021      /s/ Julie Frazee Steidl
    Julie Frazee Steidl, Esquire
    Attorney for the Debtors

    STEIDL & STEINBERG
    Suite 2830, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    julie.steidl@steidl-steinberg.com
    PA I.D. No. 35937