**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Timothy C. Clark**
Debtor(s)

Bankruptcy Case No.: 19–24239–CMB

Chapter: 13
Docket No.: 57 – 54
Concil. Conf.: November 18, 2021 at 09:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ___24th___ day of __September_____, _2021_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

First Class US Mail

on the respondent(s) at (list names and addresses here):

See attached mailing matrix.

Executed on __September 24, 2021_____      /s/ Julie Frazee Steidl_____
                 (Date)                                      (Signature)

Julie Frazee Steidl, Esq., Steidl & Steinberg, PC, 707 Grant Street, Gulf Tower, Suite 2830, Pittsburgh, PA 15219
(Type Name and Mailing Address of Person Who Made Service)

Label Matrix for local noticing
0315-2
Case 19-24239-CMB
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Fri Sep 24 09:44:03 EDT 2021

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
Po Box 30281
Salt Lake City, UT 84130-0281

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Catherine M. Clark
224 Manor View Drive
Manor, PA 15665-9731

Citibank
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179-0034

Citibank
Po Box 6217
Sioux Falls, SD 57117-6217

Timothy C. Clark
224 Manor View Drive
Manor, PA 15665-9731

Community Bank N.A.
3152 NYS Route 417
PO Box 628
Olean, NY 14760-0628

Community Bank, N.A.
P.O. Box 509
Canton, NY 13617-0509

Greensky, LLC
1797 Northeast Expressway, Suite 100
Atlanta, GA 30329-2451

LVNV Funding LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LendingClub
595 Market Street
San Francisco, CA 94105-2807

LendingClub Corporation
595 Market St, Suite 200
San Francisco, CA 94105-2807

MidFirst Bank
Bankruptcy Department
999 NW Grand Boulevard, #110
Oklahoma City, OK 73118-6051

Mr. Cooper
350 Highland
Houston, TX 77009-6623

Mr. Cooper
Attn: Bankruptcy
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

Nationstar Mortgage LLC dba Mr. Cooper
P.O. Box 619096
Dallas, TX 75261-9096

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

P S E C U
Attention: Bankruptcy
Po Box 67013
Harrisburg, PA 17106-7013

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PSECU
P.o. Box 1006
Harrisburg, PA 17108-1006

PSECU
PO BOX 67013
HARRISBURG PA 17106-7013

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Prosper Funding LLC
221 Main St Ste 300
San Francisco, CA 94105-1909

Prosper Marketplace Inc.
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Julie Frazee Steidl
707 Grant Street Suite 2830
Gulf Building.
Pittsburgh, PA 15219-1932

Suntrust Bank/GreenSky
1797 Ne Expressway
Atlanta, GA 30329-7803

Suntrust Bank/GreenSky
Attn: Bankruptcy
Po Box 29429
Atlanta, GA 30359-0429

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Synchrony Bank/Sams Club
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Sams Club
Po Box 965005
Orlando, FL 32896-5005

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX  77210-4457

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC   29603-0587

(u)MidFirst Bank

(u)NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER


End of Label Matrix
Mailable recipients   37
Bypassed recipients    3
Total                 40