IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    )
                                                          )
Timothy C. Clark,                                         )    Case No. 19-24239 CMB
    *Debtor*                                              )    Chapter 13

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐ a motion to dismiss case or certificate of default requesting dismissal

X a plan modification sought by:    Debtor

☐ a motion to lift stay as to creditor

☐ Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated
X Amended Chapter 13 Plan dated September 21, 2021

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

X Debtor's Plan payments shall be changed from $ 2,600.00 to $ 2,655.00 per month, effective January 2022 ; and/or the Plan term shall be changed from ____ months to ____ months. .

☐ In the event that Debtor fails to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor and Debtor's Counsel a notice of default advising the Debtors that he has 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest

  may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

X Other: <u>The monthly mortgage payment owed to Midfirst Bank has been updated to $1,083.06 per month per notice of mortgage payment change filed on January 5, 2022. Legal fees of $500.00 have been added.</u>

  **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

  **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  25th day of  January , 2022

Dated:  January 25, 2022

*[signature: Carlota M. Böhm / dmk]*

United States Bankruptcy Judge

Stipulated by:

/s/ Julie Frazee Steidl
 Counsel to Debtors
Jullie Frazee Steidl, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I. D. No. 35937
juli.steidl@steidl-steinberg.com

Stipulated by:

/s/ Owen Katz
Counsel to Chapter 13 Trustee

FILED
1/25/22 8:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

_____
Counsel to affected creditor

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Timothy C. Clark  
    Debtor

Case No. 19-24239-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jan 25, 2022      Form ID: pdf900      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy C. Clark, 224 Manor View Drive, Manor, PA 15665-9731 |
| 15149349 | + | Catherine M. Clark, 224 Manor View Drive, Manor, PA 15665-9731 |
| 15149352 | + | Community Bank N.A., 3152 NYS Route 417, PO Box 628, Olean, NY 14760-0628 |
| 15169348 | + | Community Bank, N.A., P.O. Box 509, Canton, NY 13617-0509 |
| 15149355 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15149354 | + | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15175805 | + | Nationstar Mortgage LLC dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15149358 | + | PSECU, P.o. Box 1006, Harrisburg, PA 17108-1006 |
| 15149357 | + | Prosper Funding LLC, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 15149360 | + | Suntrust Bank/GreenSky, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 25 2022 23:41:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15149348 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2022 23:41:39 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15149347 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2022 23:41:27 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15168950 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2022 23:41:39 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15149350 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2022 23:41:18 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15149351 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2022 23:41:42 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15180569 | + | Email/Text: bankruptcy@greenskycredit.com | Jan 25 2022 23:41:00 | Greensky, LLC, 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 15225826 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2022 23:41:30 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15178964 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2022 23:41:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15149353 | + | Email/Text: Documentfiling@lciinc.com | Jan 25 2022 23:41:00 | LendingClub, 595 Market Street, San Francisco, CA 94105-2807 |
| 15187978 | + | Email/Text: Documentfiling@lciinc.com | Jan 25 2022 23:41:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2807 |
| 15225011 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 25 2022 23:41:27 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 73118-6051 |
| 15149356 | + | Email/Text: bankruptcynotices@psecu.com | Jan 25 2022 23:42:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15167767 | + | Email/Text: bankruptcynotices@psecu.com | Jan 25 2022 23:42:00 | PSECU, PO BOX 67013, HARRISBURG PA 17106-7013 |
| 15178474 | + | Email/Text: bncmail@w-legal.com | Jan 25 2022 23:42:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15149359 | + | Email/Text: bankruptcy@bbandt.com | Jan 25 2022 23:41:00 | Suntrust Bank/GreenSky, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 15180551 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 25 2022 23:41:15 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15151184 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 25 2022 23:41:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15149361 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 25 2022 23:41:14 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15149362 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 25 2022 23:41:41 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15174992 | | Email/PDF: ebn_ais@aisinfo.com | Jan 25 2022 23:41:16 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | *+ | Community Bank, N.A., P.O. Box 509, Canton, NY 13617-0509 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 27, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |

District/off: 0315-2     User: auto     Page 3 of 3
Date Rcvd: Jan 25, 2022     Form ID: pdf900     Total Noticed: 31

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com

Julie Frazee Steidl

on behalf of Debtor Timothy C. Clark julie.steidl@steidl-steinberg.com
leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Robert P. Sheils, III

on behalf of Creditor Community Bank N.A. rsheilsIII@sheilslaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 5