IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>TIMOTHY C. CLARK<br>       Debtor | )  Bankruptcy No. 19-24239-CMB<br>)  Chapter 13<br>)<br>)  Document No.<br>)  Relating to Document No.:1<br>)  Hearing Date & Time:<br>)  **February 15, 2022 at 10:00 a.m.** |
| COMMUNITY BANK, NATIONAL ASSOCIATION<br>       Movant | )<br>)<br>) |
| vs. | ) |
| TIMOTHY C. CLARK,<br>       Debtor/Respondent | )<br>) |
| and | )  **ENTERED BY DEFAULT** |
| RONDA J. WINNECOUR<br>CHAPTER 13 TRUSTEE<br>       Respondent | )<br>)<br>) |

**ORDER OF COURT**

AND now, this _____7th_____ day of _____February_____ 2022, it is hereby ORDERED that the Motion for Relief from the Automatic Stay is GRANTED.

IT IS ORDERED that the above-captioned Motion is granted as it requests relief from the automatic stay imposed by 11 U.S.C. β362 and that Rule 4001(a)(3) is waived and Community Bank, National Association, may immediately enforce and implement this order granting relief from the automatic stay imposed by 11 U.S.C. § 362 with respect to the property of the Debtor, Timothy C. Clark, known as the 2016 Mercedes Benz CLA250 VIN #WDDSJ4GBXGN360013.  Community Bank, National Association is permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law.

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest and file a Certificate of Service.

BY THE COURT:

Chief Judge Carlota Bohm
United States Bankruptcy Judge

FILED
2/7/22 8:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc: Robert P. Sheils, III, Esquire
Supreme Court ID: 91108
108 North Abington Road
Clarks Summit, PA 18411
570-587-2600
570-585-0313 – Facsimile
rsheilsIII@sheilslaw.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24239-CMB |
| Timothy C. Clark | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 07, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Timothy C. Clark, 224 Manor View Drive, Manor, PA 15665-9731 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2022        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com |
| Julie Frazee Steidl | on behalf of Debtor Timothy C. Clark julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Sheils, III | on behalf of Creditor Community Bank N.A. rsheilsIII@sheilslaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 07, 2022 | Form ID: pdf900 | Total Noticed: 1 |
| TOTAL: 5 | | |