IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Timothy C. Clark ) | Case No. 19-24239 CMB |
|    Debtor ) | Chapter 13 |
| ) | Document No.   83 |
| Steidl and Steinberg, P.C. ) | |
|    Applicant ) | |
| ) | |
| vs. ) | |
| ) | |
| Ronda J. Winnecour, Trustee, ) | |
|    Respondents ) | |

**CONSENT ORDER OF COURT**

AND NOW, to-wit this ___16th___ day of ___March___, 2022, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Final Compensation is approved in the additional amount of $3,145.00 for work performed in the Chapter 13 case by Debtor's counsel from September 13, 2019, to March 15, 2022, for work totaling 29.5 hours breaking down as such:

    a. Julie Frazee Steidl, Partner- 10.2 hours @ $350.00/hour=     $ 3,570.00
    b. Abagale E. Steidl, Associate- 1.8 hours @ $250.00/hour=      $ 450.00
    c. Paralegal- 17.5 hours @ $150.00/hour=                         $ 2,625.00

2. The Debtor paid her counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. While the actual time and expenses incurred total fees of $3,145.00 in addition to the $4,500.00 "no look fee", in light of the debtor's circumstances, the funds paid by the trustee will total $4,500.00, which is composed of:

    1. $3,000.00 paid under the initial confirmed plan,

    2. $1,500.00 approved by the confirmed amended plan September 21, 2021.

    A retainer of $500.00 was paid directly by the Debtor prior to filing and is not include in the calculations shown in part 3.

4. This Order shall be served on the case mailing matrix with objections to be filed within 14 days.

5.   Any party-in-interest may file a written objection(s) to the entry of this order on or before __March 30, 2022__. If any objection(s) is filed on or before __March 30, 2022__, a hearing will be set. If no objection(s) is filed on or before __March 30, 2022__, the order shall become final effective __March 31, 2022__. Movant shall serve a copy of the within order on all parties-in-interest and the mailing matrix and file a certificate of service with the Court.

*Carlota M. Böhm* dmk
_____
Hon. Carlota M. Bohm
United States Bankruptcy Judge

/s/ Ronda Winnecour
Ronda Winnecour, Trustee
Chapter 13 Trustee

FILED
3/16/22 2:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/ Julie Frazee Steidl
Julie Frazee Steidl, Esquire
Attorney for the Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Timothy C. Clark  
    Debtor

Case No. 19-24239-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 16, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Timothy C. Clark, 224 Manor View Drive, Manor, PA 15665-9731 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com |
| Julie Frazee Steidl | on behalf of Debtor Timothy C. Clark julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Sheils, III | on behalf of Creditor Community Bank N.A. rsheilsIII@sheilslaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Mar 16, 2022 Form ID: pdf900 Total Noticed: 1
TOTAL: 5