IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | )<br>) |
| Timothy C. Clark,<br>*Debtor* | )  Case No. 19-24239<br>)  Chapter 13<br>)  Related to Docket No. 84 |
| Steidl and Steinberg, P.C.,<br>*Applicant* | )<br>)<br>) |
| vs. | )<br>) |
| Ronda J. Winnecour, Trustee,<br>*Respondent* | )<br>) |

### **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on March 16, 2022, a true and correct copy of the *Consent Order of Court dated March 16, 2022* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Attached Mailing Matrix

**Served by CM/ECF:** Ronda J. Winnecour, Trustee
**Served by CM/ECF:** Office of the United States Trustee


Date of Service: **March 21, 2022**     /s/ Julie Frazee Steidl
                                                                      Kenneth Steidl, Esquire
                                                                      Attorney for the Debtor
                                                                       STEIDL & STEINBERG
                                                                       2830 Gulf Tower - 707 Grant Street
                                                                       Pittsburgh, PA 15219
                                                                       (412) 391-8000
                                                                       julie.steidl@steidl-steinberg.com
                                                                       PA I.D. No. 35937