IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 19-24239 CMB |
| Timothy C. Clark | ) | Chapter 13 |
| | ) | Docket No. |
| *Debtor* | ) | |
| | ) | |
| Timothy C. Clark | ) | |
| | ) | |
| *Movant* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On December 18, 2019 at docket number 22, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

March 21, 2022                                                                /s/ Timothy C. Clark
Date                                                                                    Debtor


_____                                                    _____
Date                                                                                    Debtor

                                                Respectfully submitted,

<u>April 4, 2022</u>                                     <u>/s/ Julie Frazee Steidl</u>
DATE                                                 Julie Frazee Steidl, Esquire
                                                   Attorney for the Debtor

                                                   STEIDL & STEINBERG
                                                 707 Grant Street
                                                 Suite 2830, Gulf Tower
                                                 Pittsburgh, PA 15219
                                                 (412) 391-8000
                                                 julie.steidl@steidl-steinberg.com
                                                 PA I.D. No. 35937

**PAWB Local Form 24 (07/13)**