**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TIMOTHY C. CLARK<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:19-24239<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

May 25, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/31/2019 and confirmed on 12/18/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 138,797.00 |
| Less Refunds to Debtor | 11,012.24 | |
| TOTAL AMOUNT OF PLAN FUND | | 127,784.76 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,500.00 | |
|   Trustee Fee | 5,710.75 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,210.75 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 29,629.44 | 0.00 | 29,629.44 |
|     Acct: 9378 | | | | |
|   MIDFIRST BANK SSB* | 304.75 | 304.75 | 0.00 | 304.75 |
|     Acct: 9378 | | | | |
|   COMMUNITY BANK NA** | 8,559.36 | 8,559.36 | 0.00 | 8,559.36 |
|     Acct: 2714 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 2,288.34 | 2,288.34 | 637.74 | 2,926.08 |
|     Acct: XXXXXXX593) | | | | |
| | | | | 41,419.63 |
| **Priority** | | | | |
|   JULIE FRAZEE STEIDL ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TIMOTHY C. CLARK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TIMOTHY C. CLARK | 11,012.24 | 11,012.24 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 8,365.95 | 8,365.95 | 0.00 | 8,365.95 |
|     Acct: 9722 | | | | |
|   LVNV FUNDING LLC | 12,864.45 | 12,864.45 | 0.00 | 12,864.45 |
|     Acct: 0844 | | | | |
|   LENDING CLUB CORP* | 20,878.06 | 20,878.06 | 0.00 | 20,878.06 |
|     Acct: 7709 | | | | |
|   LVNV FUNDING LLC | 25,083.97 | 25,083.97 | 0.00 | 25,083.97 |
|     Acct: 7152 | | | | |
|   GREENSKY LLC(*) | 5,554.20 | 5,554.20 | 0.00 | 5,554.20 |
|     Acct: 5991 | | | | |
|   SYNCHRONY BANK | 3,053.57 | 3,053.57 | 0.00 | 3,053.57 |

19-24239                                                                                                   Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 9763 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 354.18 | 354.18 | 0.00 | 354.18 |
| Acct: 0001 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9763 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CATHERINE CLARK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 76,154.38 |

| TOTAL PAID TO CREDITORS | | | | 117,574.01 |

TOTAL CLAIMED
PRIORITY           0.00
SECURED       11,152.45
UNSECURED     76,154.38

Date: 05/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
TIMOTHY C. CLARK

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-24239

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24239-CMB |
| Timothy C. Clark | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3
Date Rcvd: May 26, 2022  Form ID: pdf900  Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy C. Clark, 224 Manor View Drive, Manor, PA 15665-9731 |
| 15149349 | + | Catherine M. Clark, 224 Manor View Drive, Manor, PA 15665-9731 |
| 15149352 | + | Community Bank N.A., 3152 NYS Route 417, PO Box 628, Olean, NY 14760-0628 |
| 15169348 | + | Community Bank, N.A., P.O. Box 509, Canton, NY 13617-0509 |
| 15149358 | + | PSECU, P.o. Box 1006, Harrisburg, PA 17108-1006 |
| 15149357 | + | Prosper Funding LLC, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 15149360 | + | Suntrust Bank/GreenSky, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 26 2022 23:53:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15149348 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:54:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15149347 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:54:02 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15168950 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:54:02 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15149350 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2022 00:04:43 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15149351 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 23:54:30 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15180569 | + | Email/Text: bankruptcy@greenskycredit.com | May 26 2022 23:54:00 | Greensky, LLC, 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 15225826 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2022 23:54:06 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15178964 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2022 23:54:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15149353 | + | Email/Text: Documentfiling@lciinc.com | May 26 2022 23:55:00 | LendingClub, 595 Market Street, San Francisco, CA 94105-2807 |
| 15187978 | + | Email/Text: Documentfiling@lciinc.com | May 26 2022 23:55:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2807 |
| 15225011 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 26 2022 23:54:02 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15149354 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

Case 19-24239-CMB  Doc 93  Filed 05/28/22  Entered 05/29/22 00:25:10  Desc Imaged
Certificate of Notice  Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2022 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 26 2022 23:55:00 | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15149355 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 26 2022 23:55:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15175805 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 26 2022 23:55:00 | Nationstar Mortgage LLC dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15149356 | + | Email/Text: bankruptcynotices@psecu.com | May 26 2022 23:55:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15167767 | + | Email/Text: bankruptcynotices@psecu.com | May 26 2022 23:55:00 | PSECU, PO BOX 67013, HARRISBURG PA 17106-7013 |
| 15149357 | ^ | MEBN | May 26 2022 23:47:04 | Prosper Funding LLC, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 15178474 | + | Email/Text: bncmail@w-legal.com | May 26 2022 23:55:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15149359 | + | Email/Text: bankruptcy@bbandt.com | May 26 2022 23:55:00 | Suntrust Bank/GreenSky, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 15180551 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15151184 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15149361 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:25 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15149362 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:24 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15174992 | | Email/PDF: ebn_ais@aisinfo.com | May 26 2022 23:53:47 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | *+ | Community Bank, N.A., P.O. Box 509, Canton, NY 13617-0509 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2022         Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Julie Frazee Steidl | on behalf of Debtor Timothy C. Clark julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Sheils, III | on behalf of Creditor Community Bank  N.A. rsheilsIII@sheilslaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6