# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
TIMOTHY C. CLARK

Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.: 19-24239

Chapter 13

Document No.: 90

**ENTERED BY DEFAULT**

## ORDER OF COURT

AND NOW, this **12th** day of **July**, 20**22**, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
7/12/22 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT
*Carlota M. Böhm*    dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Timothy C. Clark  
    Debtor

Case No. 19-24239-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jul 12, 2022      Form ID: pdf900      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy C. Clark, 224 Manor View Drive, Manor, PA 15665-9731 |
| 15149349 | + | Catherine M. Clark, 224 Manor View Drive, Manor, PA 15665-9731 |
| 15149352 | + | Community Bank N.A., 3152 NYS Route 417, PO Box 628, Olean, NY 14760-0628 |
| 15169348 | + | Community Bank, N.A., P.O. Box 509, Canton, NY 13617-0509 |
| 15149358 | + | PSECU, P.o. Box 1006, Harrisburg, PA 17108-1006 |
| 15149360 | + | Suntrust Bank/GreenSky, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 13 2022 04:25:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15149348 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2022 04:25:28 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15149347 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2022 04:25:22 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15168950 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2022 04:25:28 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15149350 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2022 04:25:18 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15149351 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2022 04:25:18 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15180569 | + | Email/Text: bankruptcy@greenskycredit.com | Jul 13 2022 04:19:00 | Greensky, LLC, 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 15225826 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2022 04:25:17 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15178964 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2022 04:25:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15149353 | + | Email/Text: Documentfiling@lciinc.com | Jul 13 2022 04:19:00 | LendingClub, 595 Market Street, San Francisco, CA 94105-2807 |
| 15187978 | + | Email/Text: Documentfiling@lciinc.com | Jul 13 2022 04:19:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2807 |
| 15225011 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 13 2022 04:25:28 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15149354 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 13 2022 04:19:00 | Mr. Cooper, 350 Highland, Houston, TX |

Case 19-24239-CMB   Doc 97   Filed 07/14/22   Entered 07/15/22 00:26:38   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 12, 2022 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 77009-6623 |
| 15149355 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 13 2022 04:19:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15175805 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 13 2022 04:19:00 | Nationstar Mortgage LLC dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15149356 | + | Email/Text: bankruptcynotices@psecu.com | Jul 13 2022 04:19:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15167767 | + | Email/Text: bankruptcynotices@psecu.com | Jul 13 2022 04:19:00 | PSECU, PO BOX 67013, HARRISBURG PA 17106-7013 |
| 15149357 | ^ | MEBN | Jul 13 2022 04:18:50 | Prosper Funding LLC, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 15178474 | + | Email/Text: bncmail@w-legal.com | Jul 13 2022 04:19:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15149359 | + | Email/Text: bankruptcy@bbandt.com | Jul 13 2022 04:19:00 | Suntrust Bank/GreenSky, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 15180551 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2022 04:25:28 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15151184 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2022 04:25:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15149361 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2022 04:25:28 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15149362 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2022 04:25:15 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15174992 | | Email/PDF: ebn_ais@aisinfo.com | Jul 13 2022 04:25:24 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | *+ | Community Bank, N.A., P.O. Box 509, Canton, NY 13617-0509 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 14, 2022                         Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Julie Frazee Steidl | on behalf of Debtor Timothy C. Clark julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Sheils, III | on behalf of Creditor Community Bank N.A. rsheilsIII@sheilslaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6